**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

Pursuant to the entry on August 18, 2026, by the Hon. Sharon Johnson Coleman in case 26 CV 7861, *Smith v. Walmart Inc.,* that the related cases listed below be reassigned, pursuant to Local Rule 40.4; therefore

It is hereby ordered that Judge Coleman shall preside over these related proceedings and each case to be reassigned from the current assigned judges listed below to Judge Coleman, pursuant to Local Rule 40.4; and

It is further ordered that the Clerk shall transfer case 26 CV 50333, *Washington v. Walmart Inc.* to the Eastern Division.

| CASE # | TITLE | JUDGE |
|---|---|---|
| 26 CV 9305 | *Krupke et al v. Walmart Inc* | Pacold |
| 26 CV 9392 | *Wilson v. Walmart Inc.* | Valderrama |
| 26 CV 50333 | *Washington v. Walmart Inc.* | Johnston |

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE:**

Virginia M. Kendall

Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 21st day of August, 2026